IN THE COURT OF APPEALS OF TENNESSEE
AT NASHVILLE
January 28, 2021 Session

## JULIE C. W. v. FRANK MITCHELL W. JR.[1]

**Appeal from the Circuit Court for Davidson County
No. 13D-1587    Philip E. Smith, Judge**

_____

### No. M2019-01243-COA-R3-CV
_____

KRISTI M. DAVIS, J., concurring.

I agree with the analysis and result of the majority opinion. I write separately to address one troubling issue—the Trial Court's findings regarding Wife's spending $2,000 per month on food for herself and her two teenagers.

Although the Trial Court found that Wife's testimony was not credible in several respects, the Trial Court focused on Wife's testimony regarding food expenses and expressed outrage over the amount. Yet, the Trial Court had no issue with Husband's budget of $2,600 per month for food for himself. I am perplexed by this discrepancy and further note that $2,000 per month for food for three people (including two teenagers) is wholly reasonable, particularly given these parties' incomes.

 s/ Kristi M. Davis_____
KRISTI M. DAVIS, JUDGE

---

[1] Given the sensitive subject matter regarding one of the parties' children, we decline to use the parties' full last names.